AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL, INC.

V.

ANTARES DEVELOPMENT INTERNATIONAL LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 CA 11665 RGS

TO: (Name and address of Defendant)

Antares Development International LLC
Bentwood Drive, Suite 50
Sturbridge, MA 01566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah Chapin Columbia
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-11-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 12th, 2005 |
| NAME OF SERVER *(PRINT)* Barbara Stacy Smith | TITLE Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

> [X] Served personally upon the defendant. Place where served: **50 Bentwood Dr., Ste. 50, in said Sturbridge Massachusetts to Crawford Cutts, President.**
>
> [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
>
> Name of person with whom the summons and complaint were left:
>
> [ ] Returned unexecuted:
>
> [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 12th, 2005      *Barbara Stacy Smith*
              Date                   *Signature of Server*

                                    **47 Harvard Street, Worcester, MA 01609**
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.