UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; and OFS FITEL LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ANTARES DEVELOPMENT INTERNATIONAL LLC,<br><br>　　　　Defendant. | Civil Action No.:<br>05-cv-11665-RGS |

**<u>NOTICE OF APPEARANCE</u>**

　　　Please enter the appearance of Richard S. Sanders of Sullivan & Worcester LLP, on behalf of the Defendant Antares Development International LLC, in the above-captioned action.

　　　Please note that Defendant continues to be represented by Samual A. Miller of this office.

September 16, 2005

Richard S. Sanders (BBO #562014)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Telephone:  (617) 338-2800
Telecopier:  (617) 338-2880
rsanders@sandw.com

{B0442018; 1}