UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ANTARES DEVELOPMENT INTERNATIONAL LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 05-cv-11665-RGS |

**DEFENDANT ANTARES DEVELOPMENT
INTERNATIONAL LLC'S STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and LR. 7.3, defendant Antares Development International LLC ("Antares") hereby states that it has no parent corporation and that no publicly held company owns 10% or more of Antares's stock.

Respectfully submitted,

Dated:  December 12, 2005

ANTARES DEVELOPMENT INTERNATIONAL LLC,

By its attorneys,

/s/ Samual A. Miller
Richard S. Sanders (BBO# 562014)
*rsanders@sandw.com*
Samual A. Miller (BBO# 648568)
*smiller@sandw.com*
Joshua L. Solomon (BBO# 657761)
*jsolomon@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)