UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC,<br><br>                Plaintiffs,<br><br>        v.<br><br>ANTARES DEVELOPMENT INTERNATIONAL LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 05-cv-11665-RGS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and an authorized representative of the Defendant, Antares Development International, LLC, hereby certify that they have conferred regarding the budget for the costs of conducting the full course -- and various alternative courses -- of this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: February 7, 2005 | ANTARES DEVELOPMENT INTERNATIONAL LLC, |
| | By its authorized representative, |
| | |
| | _/s/ Crawford Cutts_ |
| | Crawford Cutts |
| | Title: President |
| | |
| | and by its attorneys, |
| | |
| | _/s/ Samual A. Miller_ |
| | Richard S. Sanders (BBO# 562014) |
| | *rsanders@sandw.com* |
| | Samual A. Miller (BBO# 648568) |
| | *smiller@sandw.com* |
| | Joshua L. Solomon (BBO# 657761) |
| | *jsolomon@sandw.com* |
| | SULLIVAN & WORCESTER LLP |
| | One Post Office Square |
| | Boston, MA 02109 |
| | (617) 338-2800 (phone) |
| | (617) 338-2880 (fax) |

### Certificate of Service

I hereby certify that, on February 6, 2006, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants.

                                                                                    /s/      Samual A. Miller

{B0486709; 1}