UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ANTARES DEVELOPMENT INTERNATIONAL LLC, <br><br> Defendant. | Civil Action No. 05-11665 RGS |

## LOCAL RULE 16.1 CERTIFICATION

Plaintiffs Furakawa Electric North America, Inc. and OFS Fitel LLC certify that they have conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

FURUKAWA ELECTRIC
NORTH AMERICA, INC.

_/s/ Edward V. Charbonneau_
Edward V. Charbonneau

OFS FITEL LLC

_/s/ Edward V. Charbonneau_
Edward V. Charbonneau

Dated: February 6, 2006

/s/ E. Page Wilkins
Sarah Chapin Columbia (BBO No. 550155)
scolumbia@choate.com
Carlos Perez-Albuerne (BBO No. 640446)
cperez@choate.com
E. Page Wilkins (BBO No. 654535)
pwilkins@choate.com
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000 (phone)

4026974v1