UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FURUKAWA ELECTRIC NORTH AMERICA, INC.

        V.                          CIVIL ACTION NO. 05-11665-RGS

ANTARES DEVELOPMENT INTERNATIONAL LLC

<u>ORDER SETTING CIVIL CASE FOR  JURY TRIAL</u>

STEARNS, DJ.                                              APRIL 26, 2007

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>MONDAY, JUNE 4, 2007</u>  AT <u>9:00 A.M.</u> IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE MAY 21, 2007, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

    4.  A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;

    5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;

    6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7.  A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

    8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9.  In cases to be tried by a jury:
        A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

    B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended.  Exhibits not reclaimed by counsel will be discarded.

11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on <u>THURSDAY, MAY 24, 2007</u> at 2:00 P.M.

SO ORDERED.

                      RICHARD G. STEARNS
                      UNITED STATES DISTRICT JUDGE

BY:

                      /s/ Mary  H. Johnson
                      _____
                      Deputy Clerk

DATED AT BOSTON   4/26/07