**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**FURUKAWA ELECTRIC NORTH AMERICA; INC.**
**ET AL**

                V.                **CIVIL ACTION NO. 05-11665-RGS**

**ANTARES DEVELOPMENT INTERNATIONAL LLC**

# O R D E R

**STEARNS, DJ.**                                            **MAY 18, 2007**

THE JOINT MOTION FOR RELIEF FROM SCHEDULING DEADLINES SET FORTH IN THIS COURT'S APRIL 26, 2007 ORDER IS <u>ALLOWED IN PART.</u>

COUNSEL SHALL HAVE AN EXTENSION OF THE SETTLEMENT ORDER OF DISMISSAL (ENTERED ON 2-21-07) FOR A PERIOD OF FORTY-FIVE DAYS FROM THE DATE OF THIS ORDER.   TRIAL, IF CASE HAS NOT SETTLED IN THAT FORTY-FIVE DAY PERIOD, SHALL COMMENCE ON :

<u>MONDAY, JULY 9, 2007 AT 9:00 A.M.,  IN COURTROOM #21</u>

ALL TRIAL DOCUMENTS PURSUANT TO THE PREVIOUSLY-ISSUED TRIAL ORDER SHALL BE FILED WITH THIS COURT ON OR BEFORE <u>JULY 5, 2007.</u>

THIS COURT WILL <u>NOT</u> ENTERTAIN ANY FURTHER REQUESTS FOR  EXTENSIONS, OR CONTINUANCE OF THE TRIAL DATE ABOVE.

SO ORDERED.

                                                        /s/ Richard G. Stearns
                                                    _____
                                                    **United States District Judge**